# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-3231

_____

Phyllis Austin,

        Appellant,

v.

Department of Veteran Affairs,
Secretary Eric K. Shinseki,[1]

        Appellee.

\*
\*
\*
\*
\*   Appeal from the United States
\*   District Court for the
\*   Eastern District of Arkansas.
\*
\*   [UNPUBLISHED]
\*
\*

_____

Submitted: March 3, 2009
Filed: March 11, 2009

_____

Before WOLLMAN, MURPHY, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Phyllis Austin appeals the district court's[2] adverse grant of summary judgment in her Title VII employment-discrimination suit against the Department of Veteran Affairs. Having carefully reviewed the record and considered Austin's arguments, we

_____

[1]Eric K. Shinseki has been appointed to serve as the Secretary of the Department of Veteran Affairs, and is substituted as an appellee pursuant to Federal Rule of Appellate Procedure 43(c).

[2]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.

find no basis for reversal.  <u>See</u> <u>Jacob-Mua v. Veneman</u>, 289 F.3d 517, 520 (8th Cir. 2002) (de novo standard of review).  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____